

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 16, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2008

By Facsimile

Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Michael Chu et al.
    07 Cr. 1143 (DC)

Dear Judge Chin:

      The Government respectfully submits this letter in connection with Martin S. Streit, Esq. It is the Government's understanding, based on ECF notifications as well as communications from Joel Stein, Esq., and Frank Handelman, Esq., CJA-appointed counsel for defendants Wing Ki Lee and Yee Khiong Ting respectively, that Mr. Streit has entered an appearance to represent each of these defendants on separate occasions in the above-referenced matter. Despite repeated attempts to contact Mr. Streit since December 14th, 2007 — including telephone messages to the listed office number of 212-532-3255; facsimile to 212-973-9494, the fax number associated with Mr. Streit's law office address online; emails to 'martinstreit@verizon.net'; and a letter by Federal Express to Mr. Streit's office address on January 7th, 2008 — the Government has yet to contact Mr. Streit successfully. Furthermore, it is the Government's understanding from Mr. Stein, who was initially appointed as CJA counsel to represent Mr. Lee, that Mr. Lee had not had contact with Mr. Streit as of Friday, January 4th, 2008.

      In light of the Government's failed attempts to reach Mr. Streit, and the imminent Rule 16 production date (January 17th, 2008), the Government seeks the Court's assistance in clarifying Mr. Streit's appearance in this matter, as well as any potential conflicts arising from

---

*[Handwritten endorsement:]*

The Court has received correspondence from Mr. Streit on a civil case, which lists his address as 386 Park Avenue South, Suite 1914, NY, NY 10016. His telephone number is as above, but his fax is listed as 212-481-0775. 1/18/08

The Court will hold a conference on Jan. 23, 2008, at 12:30 p.m. Messrs. Stein, Handelman, and Streit are all to appear, with the two defendants, and the Government. SO ORDERED.

[signed] USDJ

any proposed dual representation, and respectfully requests a conference to include Mr. Streit, the two defendants, and prior counsel, to be scheduled at the Court's convenience.

Respectfully submitted,

MICHAEL J. GARCIA  
United States Attorney

By: *[signature]*

Rosemary Nidiry/Nicholas S. Goldin  
Assistant U.S. Attorneys  
(212) 637-1063/2334

cc:  
Martin Streit, Esq. (By Federal Express)  
986 Park Avenue South,  
Suite 1914  
New York, NY 10016  
(212) 532-3255

Joel Stein, Esq. (By Facsimile)  
Frank Handelman, Esq. (By Facsimile)