UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :

     - against -                         :     **ORDER**

MICHAEL CHU et al.,                      :     07 Cr. 1143 (DC)

          Defendants.        :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008

**CHIN, D.J.**

     The Court has received a letter dated January 28, 2008 from defendant Wing Ki Lee, requesting "the Court to appoint a legal aid lawyer . . . because [he] cannot afford [a] private lawyer." Martin Streit, Esq., however, reportedly has been retained to represent Mr. Lee.

     IT IS HEREBY ORDERED that the Government, Mr. Lee, and Mr. Streit appear for a conference regarding this matter on February 8, 2008, at noon, at 500 Pearl Street, New York, New York 10007, Courtroom 11A.

     SO ORDERED.

Dated:    New York, New York
         February 1, 2008

                            DENNY CHIN
                         United States District Judge